**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| **ANTONIO LEDESMA, as personal representative for the estate of Maria Ledesma (deceased) and as legal guardian of Nancy Osorio (a minor),** | **8:13CV310** |
| **Plaintiff,** | **ORDER** |
| **vs.** | |
| **RICHARD BRAHMER, d/b/a Brahmer Trucking,** | |
| **Defendant and Cross-Claimant,** | |
| **vs.** | |
| **RICARDO OSORIO,** | |
| **Defendant and Cross-Claim Defendant.** | |

This matter is before the court on plaintiff's counsel, Jerome Okolo (Mr. Okolo), Motion to Withdraw (Filing No. 45). The court previously held the motion in abeyance pending a response from Ricardo Osorio (Osorio). **See** Filing No. 49 - Order. Counsel has entered an appearance for Osorio and filed an answer and third-party complaint on Osorio's behalf. **See** Filing No. 50. Accordingly,

**IT IS ORDERED**:

1.     Mr. Okolo's Motion to Withdraw (Filing No. 45) is granted. Mr. Okolo is given leave to withdraw as counsel for Ricardo Osorio. Mr. Okolo remains as counsel for the plaintiff Antonio Ledesma.

2.     In light of Osorio's filing, Mr. Okolo does not need to file a notice in compliance with paragraph four of the court's January 21, 2015, Order.

Dated this 27th day of January, 2015.

BY THE COURT:

 s/ Thomas D. Thalken
United States Magistrate Judge