IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **ANTONIO LEDESMA, as personal representative for the estate of Maria Ledesma (deceased) and as legal guardian of Nancy Osorio (a minor),** | |
| Plaintiff, | 8:13CV310 |
| vs. | |
| **RICHARD BRAHMER, d/b/a Brahmer Trucking,** | ORDER |
| Defendant and Cross-Claimant, | |
| vs. | |
| **RICARDO OSORIO TORRES,** | |
| Defendant, Cross-Claim Defendant. Third-Party Plaintiff. | |

This matter is before the court on the defendant and cross-claimant's, Richard Brahmer (Brahmer), Motion to Strike Third-Party Petition (Filing No. 52). Brahmer filed a brief (Filing No. 53) in support of the motion. Ricardo Osorio Torres (Osorio), the defendant, cross-claim defendant, and third-party plaintiff, filed a brief (Filing No. 63) in response. Brahmer seeks to strike Osorio's Third-Party Petition (Filing No. 50), which names John Doe, an unidentified driver, because it is improper under Iowa law. **See** Filing No. 53 - Brief. Osorio states he does not object to this court striking the Third-Party Petition against John Doe. **See** Filing No. 63 - Response. Accordingly,

**IT IS ORDERED**:
1. Brahmer's Motion to Strike Third-Party Petition (Filing No. 52) is granted.
2. Osorio Third-Party Petition (Filing No. 50) is hereby stricken.

Dated this 18th day of February, 2015.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge