IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ANTONIO LEDESMA, as personal Representative for the Estate of Maria Ledesma (deceased) and as legal guardian of Nancy Osorio (a minor),<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>RICHARD BRAHMER, doing business as BRAHMER TRUCKING,<br><br>　　　　　　Defendant. | 8:13CV310<br><br>ORDER |

　　　　Upon notice of settlement given to the Honorable Joseph F. Bataillon on April 20, 2015,

　　　　IT IS ORDERED that:

　　　　1. On or before June 19, 2015, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to the Honorable Joseph F. Bataillon, at bataillon@ned.uscourts.gov, a draft order which will fully dispose of the case. If the case is being dismissed, the stipulation shall comply with Fed. R. Civ. P. 41(a) and shall state whether the dismissal is with or without prejudice.

　　　　2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice.

　　　　Dated this 21st day of April, 2015

　　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　　s/ Joseph F. Bataillon
　　　　　　　　　　　　　　　　　　　　　　　　Senior United States District Judge