UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA
DIVISION

| | |
|---|---|
| ANTONIO LEDESMA as personal representative for the ESTATE OF MARIA LEDESMA (deceased), and ANTOINIO LEDESMA as legal guardian of NANCY OSORIO (a minor),<br><br>Plaintiffs,<br><br>vs.<br><br>RICHARD BRAHMER doing business as BRAHMER TRUCKING and RICARDO OSORIO,<br><br>Defendants. | NO. 8:13-CV-00310<br><br>**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL** |

This matter came on to be heard on the Stipulation between the parties that the action be dismissed with prejudice, each party to pay their own costs and attorney fees. Complete record is waived.

The Court, being fully advised in the premises, finds that such an Order should be entered.

It is therefore ORDERED, ADJUDGED AND DECREED that this case is dismissed with prejudice, each party to pay their own costs and attorney fees, and complete record is waived.

Dated this 13th day of August, 2015.

    __s/Joseph F. Bataillon_____
    Senior United States District Court

**KLASS LAW FIRM, L.L.P.**

Prepared by:
Rene Charles Lapierre
Klass Law Firm, L.L.P.
Mayfair Center, Upper Level
4280 Sergeant Road, Suite 290
Sioux City, Iowa 51106
712-252-1866

ATTORNEY FOR DEFENDANT RICHARD BRAHMER dba BRAHMER TRUCKING